| Information to identify the case: | | | |
| --- | --- | --- | --- |
| Debtor 1: | Shane Crowley<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–8285 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | United States Bankruptcy Court for the District of Columbia | Date case filed for chapter: | 7 10/2/26 |
| Case number: | 26–00509–ELG | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/22

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
| --- | --- | --- | --- |
| 1. | **Debtor's full name** | Shane Crowley | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1202 Potomac Street NW, Unit T6<br>Washington, DC 20007 | |
| 4. | **Debtor's attorney**<br>Name and address | Christianna Annette Cathcart<br>The Belmont Firm<br>1050 Connecticut Ave, NW<br>Ste 500<br>Washington, DC 20036 | Contact phone 202–655–2066<br>Email ____________________ |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrea Campbell Davison<br>Bean Kinney & Korman PC<br>2311 Wilson Blvd<br>Suite 500<br>Arlington, VA 22201 | Contact phone 703–284–7277<br>Email ____________________ |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open 9:00am – 4:00pm<br><br>Contact phone (202) 354–3280<br><br>Date: 10/2/26 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 29, 2026 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Check also www.dcb.uscourts.gov, then under Court Information, Hearings/341 Calendar. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 709 172 4344, and Passcode 7396639631, OR call 1 276–209–3916**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| | At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007–1. | | |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/28/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Columbia

In re: Shane Crowley, Debtor — Case No. 26-00509-ELG, Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 3
Date Rcvd: Oct 02, 2026 Form ID: 309A Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shane Crowley, 1202 Potomac Street NW, Unit T6, Washington, DC 20007-3211 |
| tr | + | Andrea Campbell Davison, Bean Kinney & Korman PC, 2311 Wilson Blvd, Suite 500, Arlington, VA 22201-5422 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 815239 | + | 4500 Walsh, LLC, 7201 Wisconsin Ave, Suite 440, Bethesda, MD 20814-4851 |
| 815240 | + | 4702 West Virginia Ave, LLC, 4702 West Virginia Ave, Bethesda MD 2081, Bethesda, MD 20814-3618 |
| 815241 | #+ | Anchor Loans, LP, One Baxter Way, Suite 220, Thousand Oaks, CA 91362-3817 |
| 815242 | + | Arnold & Porter, LLC, 601 Massachusetts Ave, NW, Washington, DC 20001-5369 |
| 815249 | + | Churilla Homes, LLC, 4938 Hampden Lane, Suite 299, Bethesda, MD 20814-2914 |
| 815250 | + | Columbia Mirror and Glass of Georgetown, 7101 Wimsatt Road, Unit A, Springfield, VA 22151-4005 |
| 815253 | + | DM Walsh, LLC, 5102 Randall Lane, Bethesda, MD 20816-1917 |
| 815251 | + | Dashco, Inc., 11350 Random Hills Road, Suite 720, Fairfax, VA 22030-6044 |
| 815255 | + | Eton CT Dev, LLC, 7201 Wisconsin Ave, Suite 440, Bethesda, MD 20814-4851 |
| 815254 | + | Eton Court 5 Dev, LLC, 7201 Wisconsin Ave, Suite 440, Bethesda, MD 20814-4851 |
| 815256 | | Eton Ct T6, LLC, c/o Broad Branch Development, Washington, DC 20007 |
| 815260 | + | Jason Weinstein, 7201 Wisconsin Avenue, Suite 440, Bethesda, MD 20814-4851 |
| 815262 | + | Macris, Hendricks & Glascock, P.A., 9220 Wightman Road, Suite 120, Montgomery Village, MD 20886-1226 |
| 815263 | + | Michael Blum, 5102 Randall Lane, Bethesda, MD 20816-1917 |
| 815264 | + | Pantheon Capital Funding, LLC, 3 Bethesda Metro Center, Suite 508, Bethesda, MD 20814-5330 |
| 815265 | + | Randy Levenberg, 10408 Windsor Drive, Potomac, MD 20854-4024 |
| 815266 | + | Selzer Gurvitch Rabin Wertheimer & Polot, 7910 Woodmont Avenue, Fourth Floor, Bethesda, MD 20814-3002 |
| 815269 | + | U.S. Bank Trust National Association, c/o Pretium SMA Manager, LLC, 60 Columbus Circle, 19th Floor, New York, NY 10023-5802 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: christianna@dcbankruptcy.com | Oct 02 2026 23:20:00 | Christianna Annette Cathcart, The Belmont Firm, 1050 Connecticut Ave, NW, Ste 500, Washington, DC 20036 |
| smg | ^ | MEBN | Oct 02 2026 23:15:20 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Oct 02 2026 23:20:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 02 2026 23:20:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 815244 | | EDI: BMW.COM | Oct 03 2026 03:19:00 | BMW Financial Services, Attn: |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 815243 | + | EDI: BMW.COM | Oct 03 2026 03:19:00 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1495 |
| 815246 | ^ | MEBN | Oct 02 2026 23:15:31 | Cbna, Attn: Bankruptcy, 1 Tallman Ave, Canton, NY 13617-3604 |
| 815245 | | EDI: CITICORP | Oct 03 2026 03:19:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 815248 | + | EDI: JPMORGANCHASE | Oct 03 2026 03:19:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15369, Wilmington, DE 19850-5369 |
| 815247 | + | EDI: JPMORGANCHASE | Oct 03 2026 03:19:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 815252 | + | EDI: DCGOVT | Oct 03 2026 03:19:00 | DC Office of Tax and Revenue, 1101 4th St., SW, 270, Washington, DC 20024-4457 |
| 815259 | | EDI: IRS.COM | Oct 03 2026 03:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 815267 | | EDI: TDBANKNORTH.COM | Oct 03 2026 03:19:00 | TD Auto Finance, PO Box 71466, Philadelphia, PA 19176-1466 |
| 815268 | | EDI: LCITDAUTO | Oct 03 2026 03:19:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 815271 | | EDI: WFFC2 | Oct 03 2026 03:19:00 | Wells Fargo Bank, NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 815257 | * | Eton Ct T6, LLC, c/o Broad Branch Development, Washington, DC 20007 |
| 815270 | *+ | U.S. Bank Trust National Association,, c/o Pretium SMA Manager, LLC, 60 Columbus Circle, 19th Floor, New York, NY 10023-5802 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Campbell Davison | trustee@beankinney.com acd@trustesolutions.net;adavison@beankinney.com |

| | |
|---|---|
| Christianna Annette Cathcart | on behalf of Debtor Shane Crowley christianna@dcbankruptcy.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 3