**Local Official Form 101**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Shane Crowley**<br><br>**Debtor.** | **Case No. 26-00509**<br><br>**Chapter 7** |

**COVERSHEET FOR AMENDING CREDITORS OR CREDITOR INFORMATION**

This notice is being filed in accordance with Local Rules 1009-1(b) and/or 1019-1(a) upon the filing of an amendment to the debtor's lists, schedules, or statements, pursuant to Bankruptcy Rules 1009 and/or 1019, which adds, deletes, or modifies a creditor.

I hereby certify that:

☐ The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:

1. remitted the required fee;
2. provided the Court with a supplemental List of Creditors **of only the added creditors** in the format specified by the Clerk, or electronically uploaded the added creditors in NextGen CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the documents required by Local Rule 1009-1(b)(1)-(6) and filed a certificate of service with the Court; and/or
4. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐ The paper filed **removes** a creditor(s) as reflected on the attached list (include name and address of each creditor being removed). I have:

1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service with the Court; and
3. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐ The paper filed **changes** the address of a creditor(s) or an attorney for a creditor listed on the schedules, and/or adds the name and address of an attorney for a creditor listed on the schedules as reflected on the attached list. I have:

1. provided notice to affected parties, including service of a copy of this notice and a copy of the documents required by Local Rule 1009-1(b)(1)-(6) and filed a certificate of service with the Court; and
2. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a) or other paper.

**Local Official Form 101**

☐ The paper filed **amends** schedule D or E/F amount(s) or classification(s). I have:

1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service with the Court; and
3. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☒ None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It **does not** require the filing of an amended schedule and summary of schedules as required by Local Rule 1009-1(a).

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors, if applicable) or Bankruptcy Form 202, "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1009-1(a).

Respectfully Submitted,

Date: October 15, 2026

By: /s/ Christianna A. Cathcart

Christianna A. Cathcart, Esq.
Bar No. ND0008
THE BELMONT FIRM
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
christianna@dcbankruptcy.com
*Counsel for the Debtor*

**Fill in this information to identify your case:**

Debtor 1: Shane Crowley
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known): ____________

☒ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7

12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
**☒ creditors have claims secured by your property, or**
**☒ you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: BMW Financial Services<br>Description of property securing debt: 2022 BMW 5 Series (G30 Gen) 41000 miles | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: | ☒ No<br>☐ Yes |
| Creditor's name: Pantheon Capital Funding, LLC<br>Description of property securing debt: Eton Ct Dev, LLC | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: | ☐ No<br>☒ Yes |
| Creditor's name: TD Auto Finance<br>Description of property securing debt: 2022 Jeep Compass 35,000 miles | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☒ No<br>☐ Yes |

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Shane Crowley Case number (*if known*) ______

**in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | | **Will the lease be assumed?** |
|---|---|---|
| Lessor's name: | Eton Ct T6, LLC | ☐ No<br>☒ Yes |
| Description of leased Property: | Residential Lease | |

**Part 3: Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X /s/ Shane Crowley
Shane Crowley
Signature of Debtor 1

X ______
Signature of Debtor 2

Date October 15, 2026

Date ______



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

I FURTHER CERTIFY that on the same date, I served a copy via first-class U.S. Mail, postage prepaid on:

TD Auto Finance
PO Box 71466
Philadelphia, PA 19176-1466

Respectfully Submitted,

Date: October 16, 2026

By: /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
THE BELMONT FIRM
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
christianna@dcbankruptcy.com
*Counsel for the Debtor*