Certificate Number: 16339-DC-DE-041575541

Bankruptcy Case Number: 26-00509

16339-DC-DE-041575541

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 19, 2026, at 2:04 o'clock PM EDT, Shane Crowley completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Columbia.

Date: October 19, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor