Bradley D. Jones, No. VA68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
*Proposed Attorneys for*
*Andrea Campbell Davison, Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Shane Crowley,<br><br>Debtor. | Case No. 26-00509-ELG<br>Chapter 7 |

**APPLICATION TO RETAIN STINSON LLP**
**AS COUNSEL FOR CHAPTER 7 TRUSTEE PURSUANT TO**
**11 U.S.C. § 327 AND NOTICE OF OPPORTUNITY TO OBJECT**

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE:

COMES NOW, Andrea Campbell Davison, the duly appointed and qualified trustee of the Chapter 7 bankruptcy estate of Shane Crowley (the "Debtor"), by and through her proposed undersigned attorneys, Stinson LLP, and in support of her application to authorize retention of counsel pursuant to 11 U.S.C. § 327, respectfully represents as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 2, 2026. Andrea Campbell Davison was appointed as the Chapter 7 trustee (the "Trustee").

2. The Trustee seeks to retain Bradley D. Jones, Joshua W. Cox, and the law firm of Stinson LLP ("Stinson" or "Attorneys") as her legal counsel.

3. The Trustee has selected the Attorneys because the Attorneys have considerable experience in matters for which they are to be retained, and because the Trustee believes that the Attorneys are well qualified to provide representation in all proceedings arising in connection with the above-captioned matter.

4. The professional services that the Attorneys are to render in connection with the above-captioned matter include:

a) preparing any necessary applications, motions, objections, memoranda, briefs, notices, answers, orders, reports or other legal papers;

b) appearing on the Trustee's behalf in any proceeding;

c) handling any contested matters or Adversary Proceedings as they arise; and

d) performing other legal services for the Trustee which may be necessary or desirable in connection with the above-captioned matter.

5. The Attorneys intend to apply to this Court periodically for approval of compensation, computed in the first instance at their applicable current hourly billing rates. Partner rates of attorneys in Stinson's Bankruptcy & Creditors' Rights Division range from $550/hour to $1,010/hour. Non-partner attorney rates range from $385/hour to $815/hour, with the rate of Joshua W. Cox being $575/hour, and the rate of Bradley D. Jones being $625/hour. Stinson's rates change in the fourth quarter of each year.

6. To the best of the Trustee's knowledge, except as stated below and in the Verified Statement filed herewith, none of the Attorneys has any connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

7. The Debtor has listed "Arnold & Porter" as an unsecured creditor in the amount of $154,487.34 on its Schedule E/F. Stinson currently represents Arnold & Porter in unrelated matters. Stinson will limit its representation of the Trustee to matters not adverse to Arnold & Porter and limit its representation of Arnold & Porter to matters not adverse to the Trustee. The Trustee is not aware of any actual conflict between the estate and Arnold & Porter. Should an actual conflict arise, the Trustee will engage special counsel as appropriate.

8. The Debtor has listed "Wells Fargo Bank NA" as an unsecured creditor in the amount of $0.00 on its Schedule E/F. Stinson currently represents Wells Fargo in unrelated matters. Stinson will limit its representation of the Trustee to matters not adverse to Wells Fargo and limit its representation of Wells Fargo to matters not adverse to the Trustee. The Trustee is not aware of any actual conflict between the estate and Wells Fargo. Should an actual conflict arise, the Trustee will engage special counsel as appropriate.

9. The Debtor has listed "Chase Card Services" as an unsecured creditor in the amount of $76,254.00 on its Schedule E/F. Stinson currently represents JPMorgan Chase Bank in unrelated matters. Stinson will limit its representation of the Trustee to matters not adverse to JPMorgan Chase Bank and limit its representation of JPMorgan Chase Bank to matters not adverse to the Trustee. The Trustee is not aware of any actual conflict between the estate and JPMorgan Chase Bank. Should an actual conflict arise, the Trustee will engage special counsel as appropriate.

10. Bradley D. Jones, a partner at Stinson, was formerly a Trial Attorney employed in the Alexandria Office of the United States Trustee for Region 4.

11. Shelby E. Kostolni, an associate at Stinson, was formerly the judicial law clerk for the Honorable Elizabeth L. Gunn.

12. All payments to the Attorneys will be pursuant to 11 U.S.C. § 330 and an application on notice to all appropriate parties.

13. Other than as set forth above and may be stated in the Verified Statement filed herewith, the Attorneys represent no interest adverse to the Trustee, the Debtor, or the estate in the matters upon which they are to be engaged, are disinterested persons, and their employment is in the best interests of the estate and creditors generally.

**NOTICE OF OPPORTUNITY TO OBJECT**
**TO APPLICATION TO RETAIN STINSON LLP AS COUNSEL FOR THE**
**CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. § 327 AND TO REQUEST HEARING**

Andrea Campbell Davison, Chapter 7 Trustee for the estate of Shane Crowley, has filed an application seeking to retain Stinson LLP as counsel for the Chapter 7 Trustee.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then on or before **November 12, 2026**, you or your attorney must:

File with the Court a written objection or other response to the application stating with particularity the grounds with which you base your objection or otherwise explaining you position, at:

Clerk, U.S. Bankruptcy Court
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Bradley D. Jones
Joshua W. Cox
Stinson LLP
1775 Pennsylvania Ave, NW, Suite 800
Washington, D.C. 20006

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

Parties in interest with questions may contact the undersigned.

**WHEREFORE**, Andrea Campbell Davison, Trustee, respectfully requests that this Court enter an Order:

a) pursuant to 11 U.S.C. § 327(a), authorizing her to employ the Attorneys to provide representation in connection with the matters described hereinabove; and

b) granting such other and further relief as this Court may deem just and equitable.

Dated: October 28, 2026

*/s/ Andrea Campbell Davison*
Andrea Campbell Davison, Trustee
Bean Kinney & Korman PC
2311 Wilson Blvd, Suite 500
Arlington, VA 22201
Tel. (703) 525-4000
Fax (703) 525-2207
ADavison@beankinney.com
*Ch. 7 Trustee for the Estate of*
*Shane Crowley*

Respectfully submitted,

*/s/ Bradley D. Jones*
Bradley D. Jones, No. VA68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
*Proposed Attorneys for*
*Andrea Campbell Davison, Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that I did serve a copy of the foregoing Application to Retain Stinson LLP as Counsel For Chapter 7 Trustee Pursuant to 11 U.S.C. § 327 and Notice of Opportunity to Object, Verified Statement, and Proposed Order on October 28, 2026, electronically via the Court's ECF system.

*/s/ Bradley D. Jones*
Bradley D. Jones