Bradley D. Jones, No. VA68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
*Proposed Attorneys for*
*Andrea Campbell Davison, Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| Shane Crowley, | ) | Case No. 26-00509-ELG |
| | ) | Chapter 7 |
| Debtor. | ) | |

**VERIFIED STATEMENT IN SUPPORT OF APPLICATION TO RETAIN STINSON LLP AS COUNSEL FOR CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. § 327**

Stinson LLP ("Stinson"), by and through Bradley D. Jones, an attorney at the firm, as proposed counsel for Andrea Campbell Davison, the duly appointed and qualified Chapter 7 Trustee in the above-captioned case, and pursuant to Bankruptcy Rule 2014(a), respectfully represents as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 2, 2026. Andrea Campbell Davison was appointed as the Chapter 7 trustee (the "Trustee").

2. Stinson has made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases, and believes that neither it nor Joshua W. Cox, or Bradley D. Jones has any disqualifying conflicts of interest.

3. Other than stated herein, Stinson has no connection with the Debtor, any creditors, any other party in interest, their respective attorneys or accountants, the U.S. Trustee or any person employed in the Office of the U.S. Trustee.

4. The Debtor has listed "Arnold & Porter" as an unsecured creditor in the amount of $154,487.34 on its Schedule E/F. Stinson currently represents Arnold & Porter in unrelated matters. Stinson will limit its representation of the Trustee to matters not adverse to Arnold & Porter and limit its representation of Arnold & Porter to matters not adverse to the Trustee. The Trustee is not aware of any actual conflict between the estate and Arnold & Porter. Should an actual conflict arise, the Trustee will engage special counsel as appropriate.

5. The Debtor has listed "Wells Fargo Bank NA" as an unsecured creditor in the amount of $0.00 on its Schedule E/F. Stinson currently represents Wells Fargo in unrelated matters. Stinson will limit its representation of the Trustee to matters not adverse to Wells Fargo and limit its representation of Wells Fargo to matters not adverse to the Trustee. The Trustee is not aware of any actual conflict between the estate and Wells Fargo. Should an actual conflict arise, the Trustee will engage special counsel as appropriate.

6. The Debtor has listed "Chase Card Services" as an unsecured creditor in the amount of $76,254.00 on its Schedule E/F. Stinson currently represents JPMorgan Chase Bank in unrelated matters. Stinson will limit its representation of the Trustee to matters not adverse to JPMorgan Chase Bank and limit its representation of JPMorgan Chase Bank to matters not adverse to the Trustee. The Trustee is not aware of any actual conflict between the estate and JPMorgan Chase Bank. Should an actual conflict arise, the Trustee will engage special counsel as appropriate.

7. Bradley D. Jones, a partner at Stinson, was formerly a Trial Attorney employed in the Alexandria Office of the United States Trustee for Region 4.

8. Shelby E. Kostolni, an associate at Stinson, was formerly the judicial law clerk for the Honorable Elizabeth L. Gunn.

I, Bradley D. Jones, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 28, 2026

*/s/ Bradley D. Jones*
Bradley D. Jones, No. VA68