**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Shane Crowley, | ) | Case No. 26-00509-ELG |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION TO AUTHORIZE RETENTION OF COUNSEL FOR ANDREA CAMPBELL DAVISON, TRUSTEE**

This matter came before the Court on the Application to Retain Bradley D. Jones, Joshua W. Cox, and law firm Stinson LLP (collectively, the "Attorneys") as counsel for Andrea Campbell Davison, trustee of the Chapter 7 bankruptcy estate of Shane Crowley ("Trustee") pursuant to 11 U.S.C. § 327. The Application discloses that other Stinson LLP's attorneys previously represented Arnold & Porter, Wells Fargo, and JPMorgan Chase Bank (the "Unsecured Creditors") in matters unrelated to the Debtor and the bankruptcy estate. The Debtor's Schedule E/F lists the Unsecured Creditors as possessing unsecured claims in this case. Attorneys will limit its representation of the Trustee to matters not adverse to the Unsecured Creditors, and will limit any representation of the Unsecured Creditors to matters not adverse to the Trustee. Should an actual conflict arise, the Trustee will retain additional conflicts counsel to handle the matter. The Court being satisfied that the Attorneys represent no interest adverse to the Trustee, or the bankruptcy estate, that the

Attorneys are disinterested persons, and that such employment is necessary and is in the best interests of the estate, it is hereby:

**ORDERED**, that the Application be, and the same hereby is **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED,** pursuant to 11 U.S.C. § 327(a), that Andrea Campbell Davison, the duly appointed and qualified Trustee of the Chapter 7 bankruptcy estate of Shane Crowley, be, and she hereby is, authorized to employ the Attorneys as counsel for the purposes identified in the Trustee's Application; and it is

**FURTHER ORDERED,** that, the Application having been timely filed pursuant to Local Rule 2014-1(a), the employment of Attorneys shall be made effective as of the date Attorneys commenced services on behalf of their representation of the Trustee, October 20, 2026.

**FURTHER ORDERED**, that the compensation of the Attorneys shall be subject to further order of this Court, after notice and an opportunity for a hearing.

**End of Order**

**WE ASK FOR THIS:**

*/s/ Bradley D. Jones*
Bradley D. Jones, No. VA68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
*Proposed Attorneys for*
*Andrea Campbell Davison, Trustee*

Copies of this Order to:

Recipients of ECF Notice

**CERTIFICATE OF SERVICE**

I hereby certify that I did serve a copy of the foregoing Proposed Order on October 28, 2026, electronically via the Court's ECF system.

*/s/ Bradley D. Jones*
Bradley D. Jones