The order below is hereby signed.

Signed: November 16 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| Shane Crowley, | ) | Case No. 26-00509-ELG |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION TO AUTHORIZE RETENTION**
**OF COUNSEL FOR ANDREA CAMPBELL DAVISON, TRUSTEE**

This matter came before the Court on the Application to Retain Bradley D. Jones, Joshua W. Cox, and law firm Stinson LLP (collectively, the "Attorneys") as counsel for Andrea Campbell Davison, trustee of the Chapter 7 bankruptcy estate of Shane Crowley ("Trustee") pursuant to 11 U.S.C. § 327. The Application discloses that other Stinson LLP's attorneys previously represented Arnold & Porter, Wells Fargo, and JPMorgan Chase Bank (the "Unsecured Creditors") in matters unrelated to the Debtor and the bankruptcy estate. The Debtor's Schedule E/F lists the Unsecured Creditors as possessing unsecured claims in this case. Attorneys will limit its representation of the Trustee to matters not adverse to the Unsecured Creditors, and will limit any representation of the Unsecured Creditors to matters not adverse to the Trustee. Should an actual conflict arise, the Trustee will retain additional conflicts counsel to handle the matter. The Court being satisfied that the Attorneys represent no interest adverse to the Trustee, or the bankruptcy estate, that the

Attorneys are disinterested persons, and that such employment is necessary and is in the best interests of the estate, it is hereby:

**ORDERED**, that the Application be, and the same hereby is **GRANTED IN ITS ENTIRETY**, and it is

**FURTHER ORDERED,** pursuant to 11 U.S.C. § 327(a), that Andrea Campbell Davison, the duly appointed and qualified Trustee of the Chapter 7 bankruptcy estate of Shane Crowley, be, and she hereby is, authorized to employ the Attorneys as counsel for the purposes identified in the Trustee's Application; and it is

**FURTHER ORDERED,** that, the Application having been timely filed pursuant to Local Rule 2014-1(a), the employment of Attorneys shall be made effective as of the date Attorneys commenced services on behalf of their representation of the Trustee, October 20, 2026.

**FURTHER ORDERED**, that the compensation of the Attorneys shall be subject to further order of this Court, after notice and an opportunity for a hearing.

**End of Order**

**WE ASK FOR THIS:**

*/s/ Bradley D. Jones*
Bradley D. Jones, No. VA68
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
brad.jones@stinson.com
joshua.cox@stinson.com
*Proposed Attorneys for*
*Andrea Campbell Davison, Trustee*

**SEEN:**

*/s/ Michael T. Freeman*
Michael T. Freeman
Assistant U.S. Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Tel. 703-557-7274
Fax: 703-557-7279
Email: michael.t.freeman@usdoj.gov

Copies of this Order to:

Recipients of ECF Notice

United States Bankruptcy Court
District of Columbia

In re: Shane Crowley
Debtor

Case No. 26-00509-ELG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0090-1 | User: admin | Page 1 of 3
Date Rcvd: Nov 16, 2026 | Form ID: pdf001 | Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shane Crowley, 1202 Potomac Street NW, Unit T6, Washington, DC 20007-3211 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 815239 | + | 4500 Walsh, LLC, 7201 Wisconsin Ave, Suite 440, Bethesda, MD 20814-4851 |
| 815240 | + | 4702 West Virginia Ave, LLC, 4702 West Virginia Ave, Bethesda MD 2081, Bethesda, MD 20814-3618 |
| 815241 | #+ | Anchor Loans, LP, One Baxter Way, Suite 220, Thousand Oaks, CA 91362-3817 |
| 815242 | + | Arnold & Porter, LLC, 601 Massachusetts Ave, NW, Washington, DC 20001-5369 |
| 815249 | + | Churilla Homes, LLC, 4938 Hampden Lane, Suite 299, Bethesda, MD 20814-2914 |
| 815250 | + | Columbia Mirror and Glass of Georgetown, 7101 Wimsatt Road, Unit A, Springfield, VA 22151-4005 |
| 815253 | + | DM Walsh, LLC, 5102 Randall Lane, Bethesda, MD 20816-1917 |
| 815251 | + | Dashco, Inc., 11350 Random Hills Road, Suite 720, Fairfax, VA 22030-6044 |
| 815255 | + | Eton CT Dev, LLC, 7201 Wisconsin Ave, Suite 440, Bethesda, MD 20814-4851 |
| 815254 | + | Eton Court 5 Dev, LLC, 7201 Wisconsin Ave, Suite 440, Bethesda, MD 20814-4851 |
| 815256 | | Eton Ct T6, LLC, c/o Broad Branch Development, Washington, DC 20007 |
| 815260 | + | Jason Weinstein, 7201 Wisconsin Avenue, Suite 440, Bethesda, MD 20814-4851 |
| 815262 | + | Macris, Hendricks & Glascock, P.A., 9220 Wightman Road, Suite 120, Montgomery Village, MD 20886-1226 |
| 815263 | + | Michael Blum, 5102 Randall Lane, Bethesda, MD 20816-1917 |
| 815264 | + | Pantheon Capital Funding, LLC, 3 Bethesda Metro Center, Suite 508, Bethesda, MD 20814-5330 |
| 815265 | + | Randy Levenberg, 10408 Windsor Drive, Potomac, MD 20854-4024 |
| 815266 | + | Selzer Gurvitch Rabin Wertheimer & Polot, 7910 Woodmont Avenue, Fourth Floor, Bethesda, MD 20814-3002 |
| 815269 | + | U.S. Bank Trust National Association, c/o Pretium SMA Manager, LLC, 60 Columbus Circle, 19th Floor, New York, NY 10023-5802 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Nov 16 2026 21:21:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Nov 16 2026 21:10:57 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Nov 16 2026 21:10:57 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Nov 16 2026 21:21:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Nov 16 2026 21:21:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 16 2026 21:19:05 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 815385 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 16 2026 21:18:52 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 815244 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 16 2026 21:18:53 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 815243 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 16 2026 21:18:52 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1495 |
| 815246 | ^ | MEBN | Nov 16 2026 21:10:59 | Cbna, Attn: Bankruptcy, 1 Tallman Ave, Canton, NY 13617-3604 |
| 815245 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2026 21:40:30 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 815248 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 16 2026 21:18:52 | Chase Card Services, Attn: Bankruptcy, PO Box 15369, Wilmington, DE 19850-5369 |
| 815247 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 16 2026 21:19:05 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 815252 | + | Email/Text: angela.coleman@dc.gov | Nov 16 2026 21:21:00 | DC Office of Tax and Revenue, 1101 4th St., SW, 270, Washington, DC 20024-4457 |
| 815259 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 16 2026 21:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 815267 | | Email/Text: bankruptcy@td.com | Nov 16 2026 21:21:00 | TD Auto Finance, PO Box 71466, Philadelphia, PA 19176-1466 |
| 815268 | | Email/Text: jaxbanko@td.com | Nov 16 2026 21:21:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 815271 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Nov 16 2026 21:19:20 | Wells Fargo Bank, NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 815257 | * | Eton Ct T6, LLC, c/o Broad Branch Development, Washington, DC 20007 |
| 815270 | *+ | U.S. Bank Trust National Association,, c/o Pretium SMA Manager, LLC, 60 Columbus Circle, 19th Floor, New York, NY 10023-5802 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Campbell Davison | trustee@beankinney.com acd@trustesolutions.net;adavison@beankinney.com |
| Bradley David Jones | on behalf of Trustee Andrea Campbell Davison brad.jones@stinson.com brad.jones2020@ecf.pacerpro.com |
| Bradley David Jones | on behalf of Defendant Andrea Campbell Davison brad.jones@stinson.com brad.jones2020@ecf.pacerpro.com |
| Christianna Annette Cathcart | on behalf of Debtor Shane Crowley christianna@dcbankruptcy.com |
| Christianna Annette Cathcart | on behalf of Plaintiff Shane Crowley christianna@dcbankruptcy.com |
| Maurice Belmont VerStandig | on behalf of Debtor Shane Crowley mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Shane Crowley mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 8