**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**SHANE CROWLEY,**<br><br>**Debtor.** | **Case No. 26-0509-ELG**<br><br>**Chapter 7** |

**NOTICE OF OPPORTUNITY TO OBJECT TO TRUSTEE'S**
**APPLICATION TO EMPLOY REAL ESTATE ADVISOR**

Andrea Campbell Davison, the duly appointed Chapter 7 Trustee (the "Trustee") in the above-captioned matter has filed an Application to Employ RealMarkets LLC as Real Estate Advisor to the Trustee (the "Application") in the above-captioned case.

**PLEASE TAKE NOTICE THAT BY DECEMBER 6, 2026, WHICH IS FOURTEEN (14) DAYS AFTER THE DATE OF THE APPLICATION,** you must file and serve a written objection to the Application, together with any proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., NW, Washington DC 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. **IF YOU FAIL TO FILE A TIMELY OBJECTION OR STATE INADQUATE GROUNDS FOR DENIAL, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.** The Court may approve the Application without a hearing if the objection states inadequate grounds for denial.

November 22, 2026

Respectfully Submitted,

*/s/ Andrea Campbell Davison*

Andrea Campbell Davison (DC Bar No. 986291)
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Blvd., Suite 500
Arlington, Virginia 22201
703.525.4000 (Telephone)
703.525.2207 (Facsimile)
adavison@beankinney.com

*Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2026, a copy of the foregoing Notice has been served via the Court's CM/ECF service on all parties receiving notice in such manner.

*/s/ Andrea Campbell Davison*
Andrea Campbell Davison