**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Shane Crowley**<br>**Debtor** | **Case No. 26-00509-ELG**<br><br>**Chapter 7** |

**NOTICE OF POSSIBLE DIVIDENDS AND DEADLINE TO FILE PROOF OF CLAIM**

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. Since that notice was sent, it appears that assets may be recovered by the trustee.

Except as otherwise provided by law, creditors who wish to share in any distribution of funds must file a Proof of Claim (Official Form B 410) through the Court's NextGen CM/ECF or in hard copy with the Clerk of the Bankruptcy Court care of United States Bankruptcy Court, 333 Constitution Avenue, NW, Room 1225, Washington, DC 20001 on or before

**DEADLINE for creditors other than governmental units: 02/18/2027**

**DEADLINE for governmental units, if applicable: 02/18/2027**

The Proof of Claim form can be found at https://www.uscourts.gov/sites/default/files/form_b_410.pdf. If you mail your Proof of Claim to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

Any creditor who has filed a Proof of Claim already need not file another Proof of Claim.

For the Court:
Angela D. Caesar
BY: CA
Dated: 11/20/2026

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.

United States Bankruptcy Court
District of Columbia

In re: Case No. 26-00509-ELG
Shane Crowley Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 3
Date Rcvd: Nov 20, 2026 Form ID: pdf001 Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shane Crowley, 1202 Potomac Street NW, Unit T6, Washington, DC 20007-3211 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 815239 | + | 4500 Walsh, LLC, 7201 Wisconsin Ave, Suite 440, Bethesda, MD 20814-4851 |
| 815240 | + | 4702 West Virginia Ave, LLC, 4702 West Virginia Ave, Bethesda MD 2081, Bethesda, MD 20814-3618 |
| 815241 | #+ | Anchor Loans, LP, One Baxter Way, Suite 220, Thousand Oaks, CA 91362-3817 |
| 815242 | + | Arnold & Porter, LLC, 601 Massachusetts Ave, NW, Washington, DC 20001-5369 |
| 815249 | + | Churilla Homes, LLC, 4938 Hampden Lane, Suite 299, Bethesda, MD 20814-2914 |
| 815250 | + | Columbia Mirror and Glass of Georgetown, 7101 Wimsatt Road, Unit A, Springfield, VA 22151-4005 |
| 815253 | + | DM Walsh, LLC, 5102 Randall Lane, Bethesda, MD 20816-1917 |
| 815251 | + | Dashco, Inc., 11350 Random Hills Road, Suite 720, Fairfax, VA 22030-6044 |
| 815255 | + | Eton CT Dev, LLC, 7201 Wisconsin Ave, Suite 440, Bethesda, MD 20814-4851 |
| 815254 | + | Eton Court 5 Dev, LLC, 7201 Wisconsin Ave, Suite 440, Bethesda, MD 20814-4851 |
| 815256 | | Eton Ct T6, LLC, c/o Broad Branch Development, Washington, DC 20007 |
| 815260 | + | Jason Weinstein, 7201 Wisconsin Avenue, Suite 440, Bethesda, MD 20814-4851 |
| 815262 | + | Macris, Hendricks & Glascock, P.A., 9220 Wightman Road, Suite 120, Montgomery Village, MD 20886-1226 |
| 815263 | + | Michael Blum, 5102 Randall Lane, Bethesda, MD 20816-1917 |
| 815264 | + | Pantheon Capital Funding, LLC, 3 Bethesda Metro Center, Suite 508, Bethesda, MD 20814-5330 |
| 815265 | + | Randy Levenberg, 10408 Windsor Drive, Potomac, MD 20854-4024 |
| 815266 | + | Selzer Gurvitch Rabin Wertheimer & Polot, 7910 Woodmont Avenue, Fourth Floor, Bethesda, MD 20814-3002 |
| 815269 | + | U.S. Bank Trust National Association, c/o Pretium SMA Manager, LLC, 60 Columbus Circle, 19th Floor, New York, NY 10023-5802 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Nov 20 2026 21:26:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Nov 20 2026 21:17:36 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Nov 20 2026 21:17:38 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Nov 20 2026 21:26:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Nov 20 2026 21:26:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2026 21:44:18 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 815385 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2026 21:44:18 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 815244 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 20 2026 21:44:18 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 815243 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 20 2026 21:44:18 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1495 |
| 815246 | ^ | MEBN | Nov 20 2026 21:17:41 | Cbna, Attn: Bankruptcy, 1 Tallman Ave, Canton, NY 13617-3604 |
| 815245 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 20 2026 21:44:29 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 815248 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 20 2026 21:44:11 | Chase Card Services, Attn: Bankruptcy, PO Box 15369, Wilmington, DE 19850-5369 |
| 815247 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 20 2026 21:44:11 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 815252 | + | Email/Text: angela.coleman@dc.gov | Nov 20 2026 21:26:00 | DC Office of Tax and Revenue, 1101 4th St., SW, 270, Washington, DC 20024-4457 |
| 815259 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 20 2026 21:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 815267 | | Email/Text: bankruptcy@td.com | Nov 20 2026 21:26:00 | TD Auto Finance, PO Box 71466, Philadelphia, PA 19176-1466 |
| 815268 | | Email/Text: jaxbanko@td.com | Nov 20 2026 21:26:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 815271 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Nov 20 2026 21:44:25 | Wells Fargo Bank, NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 815257 | * | Eton Ct T6, LLC, c/o Broad Branch Development, Washington, DC 20007 |
| 815270 | *+ | U.S. Bank Trust National Association,, c/o Pretium SMA Manager, LLC, 60 Columbus Circle, 19th Floor, New York, NY 10023-5802 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Campbell Davison | on behalf of Trustee Andrea Campbell Davison trustee@beankinney.com acd@trustesolutions.net;adavison@beankinney.com |
| Andrea Campbell Davison | trustee@beankinney.com acd@trustesolutions.net;adavison@beankinney.com |
| Bradley David Jones | on behalf of Trustee Andrea Campbell Davison brad.jones@stinson.com brad.jones2020@ecf.pacerpro.com |
| Bradley David Jones | on behalf of Defendant Andrea Campbell Davison brad.jones@stinson.com brad.jones2020@ecf.pacerpro.com |
| Christianna Annette Cathcart | on behalf of Debtor Shane Crowley christianna@dcbankruptcy.com |
| Christianna Annette Cathcart | on behalf of Plaintiff Shane Crowley christianna@dcbankruptcy.com |
| Maurice Belmont VerStandig | on behalf of Debtor Shane Crowley mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Shane Crowley mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 9